# FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

June 25, 2009

**VIA OVERNIGHT MAIL**

Honorable Ramon E. Reyes, Jr.
United States District Court
225 Cadman Plaza East, Room 263
Brooklyn, New York 11201

Re:  Testa v. Hartford Life Ins. Co. and Marsh & McLennan Companies, Inc.
U.S. D. Ct., E.D.N.Y. 08 CV 816 (FB) (RER)

Dear Judge Reyes:

We represent Plaintiff in the above matter. This letter is respectfully submitted as a request for an extension of the discovery schedule, as we are not going to be able to complete discovery by July 1, 2009, the date previously established as the deadline by the Court.

At this point, we are in the process of scheduling the depositions of Defendants Hartford and Marsh (three depositions in total). These depositions could not proceed until we secured the document production from the third parties (following a discovery dispute resolved by Your Honor), which documents were finally provided on June 18, 2009. On June 19, 2009, we corresponded with counsel for Hartford to seek the scheduling of depositions. To date, no depositions have been conducted or scheduled.

The parties intend to schedule and complete the depositions during the month of July 2009. We are thus requesting an extension of the discovery deadline until July 31, 2009. Both Defendants have consented to our request to extend the discovery end date.

Respectfully Submitted,

FRANKEL & NEWFIELD, P.C.

By: _____
Jason Newfield (JN5529)

JAN/bms
cc:  Kevin G. Horbatiuk, Esq. & Natan Hamerman, Esq. (via fax)