# KRAMER LEVIN NAFTALIS & FRANKEL LLP

NATAN HAMERMAN
ASSOCIATE
PHONE 212-715-7756
FAX 212-715-8000
NHAMERMAN@KRAMERLEVIN.COM

December 4, 2009

ELECTRONICALLY FILED

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Testa v. Hartford Life Insurance Company* et ano.,
     E.D.N.Y. Case No. 08-CV-00816 (FB) (RER)

Dear Judge Reyes:

  We represent defendant Marsh & McLennan Companies, Inc. ("MMC") in the above-referenced action and write to inform the Court that MMC takes no position on the motion by plaintiff for leave to depose Reliable Review Services and Dr. Michael Farber at this juncture.

           Respectfully submitted,

           */s/ Natan Hamerman*

           Natan Hamerman

cc: All counsel (by e-mail - PDF)