UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPHINA TESTA,                                                    JUDGMENT
                                                                   08-CV- 0816 (FB)
                                    Plaintiff,

        -against-

HARTFORD LIFE INSURANCE
COMPANY and MARSH & MCLENNAN
COMPANIES,

                                    Defendants.
-------------------------------------------------------------------X

        A Memorandum and Order of Honorable Frederic Block, United States District

Judge, having been filed on March 1, 2011, granting Hartford's and MMC's motions for

summary judgment in their entirety; and denying Testa's motion for summary judgment; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that

Hartford's and MMC's motions for summary judgment are granted in their entirety; and that

Testa's motion for summary judgment is denied.


Dated:  Brooklyn, New York                    s/ RCH
        May 05, 2011                          _____
                                              ROBERT C. HEINEMANN
                                              Clerk of Court